## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| VINAY B. PANCHAL, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-14-0082 |
| § | |
| PNC BANK, NATIONAL ASSOCIATION, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

For the reasons stated in the court's Memorandum and Opinion of even date, this action is dismissed with prejudice. This is a final judgment.

SIGNED on December 3, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge